The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER R. SCOTT<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 2:25-cv-01069-KKE<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, The Lincoln National Life Insurance Company, makes the following disclosure:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

2. Lincoln National Corporation (NYSE:LNC), a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

DATED August 4th, 2025.


BARRAN LIEBMAN LLP

By *s/ Andrew Schpak*
Andrew Schpak, WSBA No. 39901
aschpak@barran.com

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By *s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar #16452560
*Pro Hac Vice* forthcoming
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August 2025, I served the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** on the following parties at the following addresses:

Darrin Class
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
darrin@roylawgroup.com

Attorneys for Plaintiff

by the following indicated method(s) set forth below:

☑ Electronic Filing using the Court's ECF System

☐ Facsimile

☐ First-class mail, postage prepaid

☐ Hand-delivery

☐ EMail

s/ *Andrew M. Schpak*
Andrew M. Schpak



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212