THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PETER R. SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25–cv–01069–KKE<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

In compliance with the Court's August 6, 2025, Order Regarding Initial Disclosures, Chambers Procedures, Joint Status Report, and Early Settlement (Dkt. #9), the parties submit this Joint Status Report and Discovery Plan.

1. **Nature of Case**: This case involves a dispute over Plaintiff's eligibility for long-term disability benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act, 29 U.S.C. §1001, *et seq.* ("ERISA"). This case is not complex.

2. **Joinder of Additional Parties**: The parties do not anticipate joining additional parties.



**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

3. **Use of Magistrate Judge:** The parties do not consent to referral to a Magistrate Judge.

4. **Discovery Plan**

(A) **Prompt Case Resolution**: The parties agree to the phasing of motions as set forth in subparagraph (J), below.

(B) **Alternative Dispute Resolution**: The parties agree that mediation would be the alternative dispute resolution appropriate for this case if informal settlement efforts are unsuccessful.

(C) **Related Cases:** None.

(D) **Initial Disclosures:** The parties agree that this matter is an action for review on an administrative record and is, therefore, exempt from the initial disclosure requirements pursuant to Fed. R. Civ. P. 26(a)(1)(B)(i). In lieu of initial disclosures, Defendant will produce a copy of the administrative record to Plaintiff on or before September 12, 2025.

(E) **Subjects, Timing and Phasing of Discovery**: Because this ERISA action will be determined pursuant to FRCP 52 motions for judgement on the administrative the record, discovery is not anticipated.

(F) **Electronically Stored Information**: The parties do not anticipate the need for any significant production of electronically stored information (ESI). The parties will confer regarding the discovery of ESI in the event that discovery of ESI becomes an issue in this case.

(G) **Privilege Issues**: The parties agree that pre-suit documents that are responsive to discovery requests but are work product or attorney-client privileged and subject to withholding or redacting will be listed on a privilege log.



ROY LAW GROUP
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

The parties agree to return any inadvertently disclosed privileged information or work product to the disclosing party.

(H) **Proposed Limitations on Discovery**: The parties do not anticipate conducting discovery in this matter.

(I) **Discovery Related Orders**: The parties do not anticipate the need for any discovery related orders.

(J) **Phasing Motions**: The parties request that the Court establish the following procedure pursuant to Local Rule 7(k):

i. The parties will file simultaneous FRCP 52 motions for judgement on the record on or before June 5, 2026.

ii. The parties will file response briefs on or before July 10, 2026.

iii. The parties will forgo the filing of reply briefs. Pursuant to Local Rule 7(k), in exchange, the parties respectfully ask that applicable page limits be enlarged to 30 pages each for the opening briefs and the response briefs.

iv. Defendant will file a copy of the Administrative Record with the Court on April 3, 2026. Because the Administrative Record contains extensive personally identifiable information and medical information regarding Plaintiff, the Administrative Record will be filed under seal.

5. **Date for Completion of Discovery**: Not applicable at this time.

6. **Bifurcation**: N/A.

7. **Pretrial Statements and Pretrial Order**: The pretrial statements and orders should be dispensed with in whole for the sake of economy.

8. **Individualized Trial Program or Alternative Dispute Resolution**: The parties agree that mediation would be the alternative dispute resolution appropriate for this case if informal settlement efforts are not successful.



**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

9 **Prompt Case Resolution Suggestions**: No suggestions at this time.

10. **Trial Readiness:** The parties expect that this ERISA case will be resolved through dispositive motions without the need for witnesses or trial.

The parties request a trial date after July 24, 2026.

11. **Jury or Non-Jury:** Non-Jury.

12. **Length of Trial:** The Parties respectfully submit that this matter should be resolved by motions for judgment on the record under FRCP 52. In the event the Court allows a bench trial, the parties agree it will be one-half day.

13. **Trial Counsel:**

Plaintiff:

R. Darrin Class, WSBA 21925
Roy Law Group
1000 SW Broadway, Suite 900
Portland OR 97205
Phone: 503-206-4313
FAX: 855-344-1726
darrin@roylawgroup.com

Defendant:

Iwana Rademaekers, Texas Bar #16452560
Pro Hac Vice
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

14. **Date Complications to be Considered in Setting a Trial Date**: N/A

15. **Completion of Service**: All parties have been served.

16. **Pretrial FRCP 16 Conference**: The parties do not anticipate the need for a FRCP 16 conference at this time.

//

//

//

17. **Nongovernmental Corporate Party Disclosure Statement**: Defendant has filed its Corporate Disclosure Statement on (Dkt. #6) on August 4, 2025.

**Respectfully submitted this 13th day of August, 2025.**

ROY LAW GROUP

*s/ R. Darrin Class*
R. Darrin Class, WSBA 21925
Roy Law Group
1000 SW Broadway, Suite 900
Portland OR 97205
Phone: 503-206-4313
FAX: 855-344-1726
darrin@roylawgroup.com
Attorneys for Plaintiff

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By *s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar #16452560
*Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
Attorneys for Defendant

## CERTIFICATE OF REVIEW OF RULES

The parties certify that they have reviewed the Civil Rules, the Local Rules, the applicable Electronic Filing Procedures, and Judge Evanson's Chambers Procedures for Civil Cases.

**DATED this 12th day of August, 2025.**

ROY LAW GROUP

*s/ R. Darrin Class*
R. Darrin Class, WSBA 21925
Roy Law Group
1000 SW Broadway, Suite 900
Portland OR 97205
Phone: 503-206-4313
FAX: 855-344-1726
darrin@roylawgroup.com
Attorneys for Plaintiff

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By *s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar #16452560
*Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
Attorneys for Defendant

## CERTIFICATE OF REVIEW AND COMPLIANCE

The parties certify that they have reviewed and complied with Judge Evanson's Standing Order Regarding 28 U.S.C. § 455(b)(2) and Canon 3(C)(1)(b) of the Code of Conduct for United States Judges.

**DATED this 12th day of August, 2025.**


ROY LAW GROUP

*s/ R. Darrin Class*
R. Darrin Class, WSBA 21925
Roy Law Group
1000 SW Broadway, Suite 900
Portland OR 97205
Phone: 503-206-4313
FAX: 855-344-1726
darrin@roylawgroup.com
Attorneys for Plaintiff

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By *s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar #16452560
*Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
Attorneys for Defendant