The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PETER R. SCOTT<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | No. 2:25-cv-01069-KKE<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Peter R. Scott and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 27th day of March 2026.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By */s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar #16452560
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456

Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

BARRAN LIEBMAN LLP

By */s/ Andrew Schpak*

Andrew Schpak, WSBA#39901
ASchpak@barran.com
Barran Liebman LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212

ATTORNEYS FOR DEFENDANT

**AND**

ROY LAW GROUP

By /s/ *R. Darrin Class*

R. Darrin R. Class, WSBA # 21925
1000 SW Broadway Suite 900
Portland OR 97205
Phone: 503-206-4313
FAX: 855-344-1726
Email: darrin@roylawgroup.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2026, I served the foregoing on the following parties at the following addresses:

R. Darrin Class
Email: darrin@roylawgroup.com

Attorneys for Plaintiff

by the following indicated method(s) set forth below:

☑ Electronic Filing using the Court's ECF System

☐ Facsimile

☐ First-class mail, postage prepaid

☐ Hand-delivery

☐ EMail

s/ *Iwana Rademaekers*
Iwana Rademaekers



**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone (214) 579-9319 Fax (469) 444-6456